IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KIMBERLY FORRER FRYE,<br><br>Plaintiff,<br><br>v.<br><br>DOMINIC SABATINI, D.M.D. and TOTAL HEALTH DENTISTRY, LLC,<br><br>Defendants. | No. 4:20-CV-00593<br><br>(Chief Judge Brann) |

## ORDER

### NOVEMBER 4, 2022

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Plaintiff Kimberly Forrer-Frye may raise at trial and recover as damages the costs her father paid for Defendants' allegedly negligent dental work and the costs her father may pay to repair Defendants' allegedly negligent dental work before trial.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge