# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KIMBERLY FORRER FRYE, | No. 4:20-CV-00593 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| DOMINIC SABATINI, D.M.D. and TOTAL HEALTH DENTISTRY, LLC, | |
| Defendants. | |

## ORDER

### JANUARY 24, 2023

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Defendant Total Health Dentistry, LLC's motion for summary judgment (Doc. 29) is **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge